ELSIE GILDAY, PLAINTIFF-RESPONDENT, v. LUCILLE L. HAUCHWIT, DEFENDANT, AND ALFRED G. HAUCHWIT, DEFENDANT-RESPONDENT, AND PETER CARLO, DEFENDANT-APPELLANT, AND THE BOARD OF COMMISSIONERS, *ETC.*, DEFENDANT.

Argued February 13, 1967—Decided February 20, 1967.

Mr. *A. Leo Bohl* argued the cause for appellant.

Mr. *John W. Hand* argued the cause for respondent
(*Messrs. Evans, Hand, Evans, Allabough & Amoresano,* attorneys; *Mr. Brian J. McGrievy* on the brief).

PER CURIAM. ▮ The judgment as to the defendant
Carlo is reversed for the reasons expressed in the dissenting
opinion of Judge Gaulkin and the matter is remanded to the
Passaic County Court with directions to enter judgment in
favor of said defendant.

*For reversal*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, HALL, SCHETTINO and HANEMAN—6.

*For affirmance*—None.